479 Pa. 273 (1978)
388 A.2d 323
COMMONWEALTH of Pennsylvania
v.
Robert P. McCABE, Appellant.
Supreme Court of Pennsylvania.
Argued May 25, 1978.
Decided June 23, 1978.
Reargument Denied July 27, 1978.
MacElree, Harvey, Gallagher & Kean, Michael B. Kean, West Chester, for appellant.
Frank T. Hazel, Dist. Atty., Vram Nedurian, Jr., Asst. Dist. Atty., for appellee.
Before EAGEN, C.J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

*274 OPINION
PER CURIAM:
Order, 242 Pa.Super. 413, 364 A.2d 338, affirmed.